Rose Mary TAYLOR, Plaintiff,

v.

ROSE FURNITURE COMPANY; William V. Kester; and Robert L. Kester, Defendants.

No. 1:04 CV 00450.

United States District Court, M.D. North Carolina.

Oct. 26, 2004.

Julie H. Fosbinder, Joshua R. Van Kampen, Charlotte, NC, for Plaintiff.

Wade E. Ballard, Edwards Ballard Bishop Sturm Clark & Keim, P.A., Spartanburg, SC, for Defendants.

### ORDER

BULLOCK, District Judge.

For the reasons set forth in the memorandum opinion filed contemporaneously herewith,

IT IS ORDERED that Defendants' motion [Doc. # 7] to dismiss Plaintiff's first cause of action against all Defendants entitled "Discrimination in Violation of Public Policy" is **GRANTED**; Defendants' motion [Doc. # 7] to dismiss Plaintiff's second cause of action under the FMLA against the individual Defendants is **DENIED**.

IT IS FURTHER ORDERED that Plaintiff's motion [Doc. # 11] for a default judgment against Defendant Rose Furniture Company on Plaintiff's claim under the FMLA is **DENIED**.

IT IS FURTHER ORDERED that Defendants' motion for attorney's fees and costs is **DENIED**.